Metta F. Merchant, as Administratrix, etc., Respondent, v. George M. Ryall, Appellant, and Others, Defendants.— Motion to dismiss appeal from judgment denied on condition that appellant perfect his appeal from order, place the case on the present calendar and be ready for argument when reached; otherwise, motion granted, without costs. Motion to dismiss appeal on the ground that defendant Ryall has accepted a benefit under the judgment denied, without costs. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Anna Niemeyer, an Infant, etc., Respondent, v. J. Francis O'Connor, etc., Appellant. — Motion to dismiss appeal denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Laura Van Zandt Owens, Appellant, v. Gouverneur M. Carnochan, as Surviving Executor and Trustee, etc., of Harriet F. Van Zandt, Deceased, Respondent, Impleaded with Others, Defendants.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

The People of the State of New York, Respondent, v. Guiseppe Archimede, alias Guiseppe Militano, Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

The People of the State of New York, Respondent, v. Frank Bernstein, Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

The People of the State of New York, Respondent, v. Morris Cohen, Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

The People of the State of New York, Respondent, v. Vito Forcarazzo, Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

The People of the State of New York, Respondent, v. Mamie Fultz, Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

The People of the State of New York, Respondent, v. Jacob Greenberg, Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

The People of the State of New York, Respondent, v. Giovanni Manghavita, Appellant.— Motion denied, upon condition that defendant perfect his appeal, place the case on the calendar for the November term, and be ready for argument when reached; otherwise, motion granted.— Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

The People of the State of New York, Respondent, v. Salvatore Randazzo, Appellant.— Motion denied, upon condition that defendant perfect his appeal, place the case on the calendar for the November term, and be ready for argument when reached; otherwise, motion granted. The appeal may be heard upon the original papers. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

The People of the State of New York, Respondent, v. John Shippani, Appellant.— Motion denied, on condition that defendant perfect his appeal, place the case on the calendar for the November term, and be ready for